'O'

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR08-932-CAS |
| Plaintiff, | REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| v. | |
| JORGE RODRIGUEZ MARTINEZ, | |
| Defendant. | |

On January 14, 2013, this matter came before the Court on Petition On Probation and Supervised Release filed on June 28, 2012. Government counsel, Andrew Brown, the defendant and his appointed Deputy Federal Public Defender Attorneys, Humberto Diaz and Naeun Rim, were present. The U.S. Probation Officer, Jeanie Blodgett, is present. The defendant admits violation of his supervised release as stated in allegations 1 and 2 of the Petition filed on June 28, 2012. The Court further finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of February 27, 2009.

Defendant's supervised release is hereby revoked. The Court ORDERS defendant's supervised release is revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months, to be served consecutively to his underlying custody, with no supervision to follow.

1  IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
2 Marshal or other qualified officer and that said copy shall serve as the commitment of
3 defendant.

5  FILE/DATED:    January 22, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By:  __/S/_____
     Catherine M. Jeang, Deputy Clerk

cc:   U.S. Probation Office
      U.S. Marshal

2